```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE: ASBESTOS PRODUCTS          :
LIABILITY LITIGATION (No. VI)    :    Consolidated Under
                                  :    MDL DOCKET NO. 875
CERTAIN PLAINTIFFS                :
                                  :    Transferred from the
     v.                           :    Eastern District of Arkansas
                                  :
CERTAIN DEFENDANTS                :
                                  :

## O R D E R

**AND NOW,** this **24th** day of **March 2009**, it is hereby **ORDERED** that a hearing on Defendants' motion for a rule to show cause in accordance with Administrative Order No. 12A, in the cases listed in the attached "Exhibit A", will be held on **Tuesday, April 7, 2009** at **9:00 am** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

**AND IT IS SO ORDERED**

_____
**EDUARDO C. ROBRENO, J.**

**EXHIBIT A**

ARKANSAS EASTERN

| Plaintiff's Name | E.D. Pa Case No. | Transferor Case No. |
|---|---|---|
| Max Lindsey | NOT YET ASSIGNED | 4:91-cv-00093 |
| Vernie Smith | NOT YET ASSIGNED | 4:91-cv-00096 |
| Harry Rupe | NOT YET ASSIGNED | 4:88-cv-00549-GH |
| Norman Lipke | NOT YET ASSIGNED | 4:91-cv-00535 |
| Donald Lampkin | NOT YET ASSIGNED | 4:91-cv-00093 |
| William Johnson | NOT YET ASSIGNED | 4:91-cv-00093 |
| Richard Greenlee | NOT YET ASSIGNED | 4:88-cv-00424 |
| Terry Derden | NOT YET ASSIGNED | 5:91-cv-00542-BSM |
| Clifford Davis | NOT YET ASSIGNED | 4:91-cv-00094 |
| Clarence Austin | NOT YET ASSIGNED | 4:91-cv-00093 |
| James Wilson | NOT YET ASSIGNED | 4:97-cv-00097 |
| B.G. Freeland | NOT YET ASSIGNED | 4:91-cv-00093 |
| Louie Fulmer | NOT YET ASSIGNED | 4:91-cv-00012 |
| James Hohler | NOT YET ASSIGNED | 4:91-cv-00460 |
| Leo Oakes | NOT YET ASSIGNED | 4:88-cv-00426 |
| Tilmon Steward | NOT YET ASSIGNED | 4:91-cv-00459 |
| Jerry Stinnett | NOT YET ASSIGNED | 4:91-cv-00093 |
| Neal Cook | NOT YET ASSIGNED | 4:95-cv-00542 |
| Calvin McDearmon | NOT YET ASSIGNED | 4:91-cv-00419 |
| Darwin C. England | NOT YET ASSIGNED | 4:91-cv-00419 |
| Debra Hobbs | NOT YET ASSIGNED | 4:97-cv-00387 |
| Crystal Phillips | NOT YET ASSIGNED | 4:97-cv-00901 |
| L.C. Ransom | NOT YET ASSIGNED | 4:91-cv-00093 |
| Terry J. Rothwell | NOT YET ASSIGNED | 4:91-cv-00093 |
| Darnell Warren | NOT YET ASSIGNED | 4:91-cv-00093 |
| Emery Downs | NOT YET ASSIGNED | 4:91-cv-00093 |
| Raymond Dunn | NOT YET ASSIGNED | 4:91-cv-00093 |
| John T. Talley | NOT YET ASSIGNED | 4:91-cv-00091 |
| Clifford Davis | NOT YET ASSIGNED | 4:91-cv-00091 |
| Billy Word | NOT YET ASSIGNED | 4:91-cv-00091 |
| James Wilson | NOT YET ASSIGNED | 4:91-cv-00091 |
| Jimmy C. Robertson | NOT YET ASSIGNED | 4:91-cv-00091 |
| Gordon Simpson | NOT YET ASSIGNED | 4:91-cv-00339 |
| Willard Conway | NOT YET ASSIGNED | 4:91-cv-00339 |
| Bill Magby | NOT YET ASSIGNED | 4:91-cv-00339 |
| James Greenlee | NOT YET ASSIGNED | 4:91-cv-00339 |
| William R. Wolf | NOT YET ASSIGNED | 4:91-cv-00339 |
| Roy McClelland | NOT YET ASSIGNED | 4:91-cv-00339 |
| Hueland Adair | NOT YET ASSIGNED | 4:91-cv-00339 |
| William D. Melton | NOT YET ASSIGNED | 4:91-cv-00056 |